UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 25-CR-0225(2) (PJS/DJF) |
| Plaintiff, | |
| v. | ORDER |
| ALVIN ANTHONY WATKINS, JR., | |
| Defendant. | |

Defendant Alvin Watkins, Jr., is charged with being a felon in possession of a firearm. This matter is before the Court on two objections: (1) the government's objection to the November 5, 2025, oral order of Magistrate Judge Dulce J. Foster and (2) Watkins's objection to Judge Foster's November 6, 2025, Report and Recommendation.

With respect to the government's objection: Judge Foster granted in part Watkins's motion to compel disclosures under *Giglio v. United States*, 405 U.S. 150 (1972). ECF No. 64 at 7–8. Following the hearing at which Judge Foster ruled on the motion—but before filing its objection—the government complied with the order. ECF No. 62 at 1. After the government filed its objection, Watkins withdrew his *Giglio* motion, noting that the government had provided the requested disclosures and therefore his request for relief was moot. ECF No. 65.

The government objects to Judge Foster's order on the ground that "the Court is without authority to compel the government to make requests to agencies for impeachment information at this stage of the case." ECF No. 62 at 1. Given that both sides agree that the government has complied with the order, and given that Watkins has now withdrawn his motion, there is no longer a live controversy between the parties as to this issue. The Court therefore overrules the government's objection as moot.

With respect to Watkins's objection: Watkins moves to dismiss the indictment against him on the ground that the felon-in-possession statute violates the Second Amendment. He objects to Judge Foster's recommendation to deny that motion. As Watkins acknowledges, his argument is foreclosed by existing Eighth Circuit precedent. ECF No. 63. The Court agrees, *see United States v. Jackson*, 110 F.4th 1120, 1129 (8th Cir. 2024), *cert. denied*, 145 S. Ct. 2708 (2025), and his objection is therefore overruled.

ORDER

Based on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1. The government's objection [ECF No. 62] is OVERRULED as moot.

2. Defendant's objection [ECF No. 63] is OVERRULED and the Report and Recommendation [ECF No. 59] is ADOPTED.

3. Defendant's motion to dismiss the indictment [ECF No. 38] is DENIED.

Dated: December 30, 2025                /s/ Patrick J. Schiltz
                                        Patrick J. Schiltz, Chief Judge
                                        United States District Court