**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,                                Case No. 25-cr-225 (2) (PJS/DJF)

        Plaintiff,

v.                                                                                **ORDER**

Alvin Anthony Watkins, Jr.,

        Defendant.

This matter is before the Court on Defendant Alvin Anthony Watkins, Jr.'s *Motion for Rule 16 Discovery Regarding Forensic Testing and Experts* (ECF No. 39) ("Motion"). The Motion asks the Court "for an Order directing the government to immediately disclose the Reports of Examinations and Tests and any Expert Witnesses it intends to offer at trial." (*Id.* at 1.) The Court held a hearing on Mr. Watkins' Motion, along with other Motions related to this matter, on November 5, 2025. (ECF No. 64 at 8-9.) At the hearing, Mr. Watkins' counsel said the government had provided him with the materials his Motion seeks, but it was a large amount of information that he had not yet had the opportunity to fully review. The Court stated that if Mr. Watkins found any deficiencies, he should note them in his post-hearing briefing. Mr. Watkins has not filed anything related to the Motion since the hearing and the deadline for such briefing has passed. The Court therefore concludes the government has provided him with the requested materials and **DENIES** the Motion as **MOOT**.

        **IT IS SO ORDERED.**

Dated: March 10, 2026                              *s/ Dulce J. Foster*
                                          Dulce J. Foster
                                          United States Magistrate Judge